# Chapter 13 Plan Summary

Case No. 13-41879

Debtor: Christopher Meade     SSN# 9465     Net Monthly Earnings $1313.12
Joint    Laura Meade     SSN# 2702     Number of Dependents: 3
Address: 310 King St. Centre, AL 35960

I. Plan Payments:

    ☒ Payroll deduction Order to <u>Cherokee Health and Rehab 877 Cedar Bluff Rd Centre, AL 35960</u> in the amount of $606.06 biweekly

    Length of plan is 60 months, with total disbursed by Trustee of $78787.20

II. From the payments received, the trustee shall make disbursements as follows:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

| Creditor | Type | Scheduled Amount | Monthly Payment |
|---|---|---|---|
| Alabama Dept of Revenue | Income Taxes | $2446.79 | $42.00 |

B. Total ATTORNEY FEE: $ <u>2750.00</u>, to be paid <u>$1000.00</u> upon confirmation and <u>$100.00</u> per month until paid in full, and

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

    1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid ☒ by Trustee | Regular Payments to begin: (Month/Year) | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on arrearage | Proposed fixed Payment on arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | $53,017.00 | $560.00 | March 14 | $1110.00 | 09-10/13 | 0 | $25.00 |

    2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt (Payoff Balance) | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to begin: |
|---|---|---|---|---|---|---|---|---|
| Regional Acceptance | $240.00 | $24174.68 | 22600.00 | 910 claim | Nissan Pick up Truck | 5.25% | $475.00 | Jan 14 |
| World Acceptance | | $879.24 | 2240.00 | None | Chevrolet Pick up | 5.25% | $25.00 | March 14 |

III. Other debts not shown in 1. or 2. above which Debtor(s) proposed to pay direct:

| Name of Creditor | Total Amount of Debt | Description of Collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to begin: |
|---|---|---|---|---|---|
| Retirement Services | 1469.22 | Loan against 401K | 0 | $17.21 deducted from paycheck | Oct 13 |

IV. Special Provisions:

    ☐ This is an original plan.     ☒ This is an amended plan replacing plan dated <u>12/16/2013</u>
    ☐ This plan proposes to pay unsecured creditors approximately 0 %
    ☐ Debtor assumes/ ☐ rejects lease and/or executory contract with:
    ☒ Other provisions: Plan payment to increase to with the June 2017 Trustee disbursement, 401K loan will payoff with May 2017 paycheck.

Dated: 01/27/2014

/s/ Marcie L. Foster                  Signature of Debtor:   /s/ Christopher Meade
5635 Weiss Lake Blvd.
Leesburg, AL 35983
(256)526-4000                             Signature of Joint Debtor:    /s/ Laura Meade